CORA IMOGENE FARLEIGH, Appellant, *v.* ALFRED J. CADMAN, Individually and as Executor of WILLAM H. CADMAN, Deceased, Respondent.

Reported below, 11 App. Div. 628.
(Argued February 1, 1897; decided February 9, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1896, which affirmed a judgment entered upon a decision of the court on trial at Special Term.

The ground of the motion was that the Appellate Division unanimously decided that the findings of fact were supported by the evidence and its decision was not reviewable.

*R. D. Benedict* for motion.

*G. G. & F. Reynolds* opposed.

Motion denied, with ten dollars costs.

---

NICHOLAS ESPENSCHEID, as Administrator, etc., and in Person, as Heir-at-Law, etc., Appellant, *v.* FREDERICK ESPENSCHEID et al., Respondents.

(Submitted February 1, 1897; decided February 9, 1897.)

MOTION to prefer, under subdivision 5, section 791 of the Code of Civil Procedure, on the ground that an administrator is the sole plaintiff.

*S. K. & B. C. Williams* for motion.

Motion denied on authority of *Haux* v. *The Dry Dock Savings Institution* (150 N. Y. 581), with ten dollars costs.